STATE OF NEW JERSEY v. HERIBERTO SANCHEZ RUANO.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. EMORY NETTLES.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DEBORAH LEVY.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ORLANDO ROSENDO.

September 7, 1988.

Petition for certification denied.